IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| BRYAN PAUL LAW, SHELLY LEANNE LAW, and HAYLEE BREANNE LAW and HUNTER PAUL LAW,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL TRANSPORTATION SERVICES, L.L.C. d/b/a CALHOUN TRUCK LINES, CONTAINER CO., UNIVERAL TITLE AND FINANCIAL CORPORATION, BRENT BOIS and RUSSWIN D. HELSLEY,<br><br>Defendants. | CASE No.   1:24-cv-00002-SMR-HCA<br><br>**SECOND AMENDED PETITION AT LAW AND JURY DEMAND** |

COME NOW Plaintiffs in the above-entitled case, by and through their counsel Roxanne Conlin and Associates, P.C., and for their causes of action against Defendant state as follows:

## INTRODUCTION

1. This is an action for negligence under the common law of the State of Iowa.

2. Venue is proper in Shelby County, Iowa as that is the place where the collision occurred.

3. The amount in controversy falls within the jurisdiction of the Court.

4. The unlawful actions outlined below occurred within the two-year statute of limitations set forth in Iowa Code Section 614.1(2).

## PARTIES

5. Plaintiff Bryan Paul Law is a citizen and resident of Des Moines, Warren County, Iowa.

6. Plaintiff Shelly LeAnne Law is the wife of Bryan Law and a citizen and resident of Warren County, Iowa.

7. Plaintiff Haylee BreAnne Law is the daughter of Plaintiffs Bryan Law and Shelly Law and a citizen and resident of Polk County, Iowa.

8. Plaintiff Hunter Paul Law is the son of Plaintiffs Bryan Law and Shelly Law and a citizen and resident of Polk County, Iowa.

9. Defendant Universal Transportation Services, L.L.C. d/b/a Calhoun Truck Lines ("Calhoun Truck Lines") is a corporation organized and existing under the laws of the State of Minnesota with its principal place of business at 9845 West 74th Street in Eden Prairie, Minnesota.

10. Defendant Container Co. is a corporation organized and existing under the laws of the State of Minnesota with its principal place of business at 9845 West 74th Street in Eden Prairie, Minnesota and is the holding company for Defendant Calhoun Truck Lines.

11. Defendant Universal Title and Financial Corporation is a corporation organized and existing under the laws of the State of Minnesota with its principal place of business at 9845 West 74th Street in Eden Prairie, Minnesota and does the financials for Container Co. and its underlying subsidiaries and is listed on tax returns with Container Co.

12. Defendant Brent Bois is a citizen and resident of Minneapolis, Minnesota and the sole owner of Defendant Universal Transportation Services, L.L.C. d/b/a Calhoun Truck Lines, Container Co., and Universal Title and Financial Corporation.

13. Defendants Container Co., Universal Title and Financial Corporation, and Brent Bois are named through piercing the corporate veil of Defendant Calhoun Truck Lines.

14. Veil piercing is warranted as there is such a unity of interest in that, upon information and belief Defendant Calhoun Truck Lines operates as a mere shell. Defendant Container Co. files taxes on behalf of Defendant Calhoun Truck Lines and through Defendant Universal Title and Financial Corporation, no corporate formalities with respect to any entity, and Defendant Calhoun Truck Lines is undercapitalized for the business that they engage in. Additionally, upon information and belief, Defendant Bois is the sole member of the Universal Transportation Services, L.L.C. d/b/a Calhoun Truck Lines as well as the sole stockholder of Defendants Container Co. and Universal Title and Financial Corporation.

15. The corporate separation of Defendants Calhoun Trucklines, Container Co., Universal Title and Financial Corporation, and Brent Bois serves no purpose but to promote injustice by insulating each Defendant from their tortious acts.

15. Defendant Russwin D. Helsley is a citizen and resident of Plattsmouth, Nebraska and the driver of the truck owned by Defendants Calhoun Truck Lines.

**FACTS**

16. Defendant Russwin Helsley, driving a semi-truck owned by Defendant Calhoun Truck Lines, VIN No. 3AKJGLD68FSGJ3779, United States Department of Transportation No. 764739, was proceeding south on Highway 59 and passed multiple warning signs and construction signs instructing that a one-lane bridge under construction was ahead with a stoplight at the north end which would require his vehicle to stop.

17. Plaintiff Bryan Law was lawfully driving his company vehicle, VIN No. 2C4RDGBG7HR581965, proceeding south on Highway 59 and came to a complete stop at the stoplight located on the north end of the one-lane bridge under construction and behind another semi-truck and a car.

18. Defendant Helsley's semi-truck approached the one-way bridge at a high rate of speed and crashed into the rear of Plaintiff Bryan Law's vehicle, pushing the Plaintiff's vehicle into the rear of the semi-truck in front of it, and smashing Plaintiff's vehicle between Defendant Calhoun Truck Lines' semi-truck and the other semi-truck.

19. Plaintiff's vehicle then left the road to the right after it was crushed between the two semi-trucks.

20. Plaintiff was removed from his vehicle using the jaws of life and airlifted by helicopter to an Omaha Hospital with life-threatening injuries. He suffered permanent physical and mental injuries.

## COUNT ONE: NEGLIGENCE

21. On December 23, 2019 and at all times material hereto, Defendant Calhoun Truck Lines, by and through its agent and/or employee, Defendant Helsley, individually and as operator of the truck, had a duty to exercise a reasonable degree of care in driving said truck and trailer in a safe manner in order to keep members of the public lawfully driving on the streets and highways of the State of Iowa safe.

22. Defendant Calhoun Truck Lines is liable for the intentional and negligent conduct of Defendant Helsley as it was within the course and scope of his employment with Defendant Calhoun Truck Lines.

23. Because Defendant Calhoun Truck Lines was the employer of Defendant Helsley at all times material hereto, it is liable for the actions of Defendant Helsley under the doctrine of respondeat superior.

24. Defendants Container Co., Universal Title and Financial Corporation, and Brent Bois are liable for the actions of Defendant Helsley and Defendant Calhoun Truck Lines through piercing the corporate veil as described above.

25. On December 23, 2019, Defendant Helsley, individually and as an agent and/or employee of Defendant Calhoun Truck Lines was negligent in the operation of the truck in each and all of the following particulars:

   a) Failing to drive his vehicle at a speed which would permit him to stop within the assured cleared distance ahead; or

   b) Failing to maintain a proper lookout; or

   c) Failing to have his vehicle under control; or

   d) Failing to give warning; or

   e) Failing to observe the rules of the road; or

   f) Failing to travel at a reasonable and prudent speed under all of the circumstances; or

   g) Failure to exercise reasonable care under the circumstances.

26. Defendant Helsley's negligence was the cause of the injury, pain and suffering of Plaintiff Bryan Law.

27. As a result of the Defendants' negligence, Plaintiff Bryan Law has in the past and will in the future incur medical, drug, hospital and related costs for the treatment of his injuries,

loss of past income and future earning capacity, past and future loss of full mind and body, and past and future physical and mental pain and suffering.

WHEREFORE, Plaintiffs pray for judgment against Defendants and each of them in such an amount as will fully and fairly compensate Plaintiffs for all damages sustained by them as a result of Defendants' negligence, together with interest as allowed by law, cost of this action, and such other relief as the court may find just in the premises.

### COUNT TWO: LOSS OF CONSORTIUM

28. Plaintiff Bryan Law's wife is Shelly Leanne Law, and his children are Haylee BreAnne Law and Hunter Paul Law.

29. Defendants' negligence aforesaid was a cause of damage to these Plaintiffs.

30. As a result of Defendants' acts and omissions as alleged in the preceding, Plaintiffs Shelly Leanne Law, Plaintiff Haylee BreAnne Law, and Plaintiff Hunter Paul Law have lost the support, society, companionship and consortium of Plaintiff Bryan Paul Law who was at the time of his injuries living with his wife, living on-and-off again with his children, and working in Polk County, Iowa.

WHEREFORE, Plaintiffs pray for judgement against Defendants in such an amount as will fully and fairly compensate them for all the damages alleged herein, together with the cost of this action, for interest as allowed by law, and for such other relief as maybe just in the premises.

### JURY DEMAND

Plaintiffs hereby demand a trial by jury in this matter.

      */s/ Roxanne Conlin*
ROXANNE CONLIN AT0001642
TYLER ADAMS, AT0014549
ROXANNE CONLIN & ASSOCIATES, P.C.
3721 SW 61st Street, Suite C
Des Moines, IA 50321-2418
Phone: (515) 283-1111; Fax: (515) 282-0477
Email: roxanne@roxanneconlinlaw.com,
tadams@roxanneconlinlaw.com,
cc: dpalmer@roxanneconlinlaw.com
ATTORNEYS FOR PLAINTIFFS